EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (60915)
Katharine Essick (219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:     (415) 227-9455
Facsimile:      (415) 227-4255
E-Mail:          edanoff@edptlaw.com
                      kessick@edptlaw.com

Attorneys for Defendants
SEAMASTER LOGISTICS, INC. and
TOLL GLOBAL FORWARDING
(AMERICAS) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | Case No.:  CV 11 02861 MEJ |
| Plaintiff, | **STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER** |
| vs. | |
| SEAMASTER LOGISTICS, INC., SUMMIT LOGISTICS INTERNATIONAL, INC., and AMERICAN GLOBAL LOGISTICS LLC, | |
| Defendants, | |
| AND RELATED COUNTERCLAIM. | |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -
STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER
Case No.:  CV 11 02861 MEJ

Whereas,

1. The Court has referred the case to mediation to be completed by December 20, 2011, and appointed John A. Skelton to act as Mediator;

2. The parties have participated in their initial teleconference with the Mediator;

3. Some of the parties believe that a mediation on or before December 20, 2011, would not be productive in that they need more time to conduct discovery and otherwise prepare for mediation, and they believe that the case will be ripe for mediation on or before May 10, 2012;

4. In light of the foregoing, all of the parties and the Mediator agree that a continuance of the December 20, 2011 deadline is appropriate; and

5. The parties and the Mediator have scheduled a mediation on May 9, 2012, subject to a Court Order extending the mediation deadline to May 10, 2012;

The parties therefore stipulate that they and their counsel will participate in a mediation before John A. Skelton on May 9, 2012, and that the deadline for participating in mediation shall be extended to May 10, 2012, if the Court so allows.

SO STIPULATED.

DATED: November 28, 2011                FLYNN, DELICH & WISE LLP


                                        By:    /s/Conte C.Cicala
                                            Erich P. Wise
                                            Conte C. Cicala
                                        Attorneys for Plaintiff
                                        MITSUI O.S.K. LINES, LTD.

///
///
///
///
///
///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

DATED: November 28, 2011

EMARD DANOFF PORT TAMULSKI
& PAETZOLD, LLP

By: ___/s/Katharine Essick___________
Eric Danoff
Katharine Essick
Attorneys for Defendants
SEAMASTER LOGISTICS, INC. and TOLL
GLOBAL FORWARDING (AMERICAS) INC.

DATED: November 28, 2011

BERMAN FINK VAN HORN P.C.

By: ___/s/Neal Weinrich______________
Benjamin Fink
Neal Weinrich
Attorneys for Defendant
AMERICAN GLOBAL LOGISTICS, LLC

DATED: November 28, 2011

LAW OFFICES OF KIRK B. FREEMAN

By: ___/s/Kirk B. Freeman_____________
Kirk B. Freeman
Matthew Mallet
Attorneys for Defendant
AMERICAN GLOBAL LOGISTICS, LLC

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated : November 30, 2011



United Sta...

- 4 -

STIPULATION TO CONTINUE MEDIATION DEADLINE; [P~~ROPOSED~~] ORDER
Case No.:  CV 11 02861 MEJ

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105