ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:   (562) 437-7555
Email:        erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:   (415) 693-0410
Email:        contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> SEAMASTER LOGISTICS, INC.; SUMMIT LOGISTICS INTERNATIONAL, INC.; and AMERICAN GLOBAL LOGISTICS LLC, <br><br> Defendants. | Case No.: C 11-02861 MEJ <br><br> **STIPULATION RE: BRIEFING SCHEDULE FOR MOTIONS TO DISMISS; ~~PROPOSED~~ ORDER THEREON** <br><br> Judge: Hon. Maria Elena James <br> Courtroom B, 15th Floor <br> Date:  February 16, 2012 <br> Time:  10:00 a.m. |

**STIPULATION RE: BRIEFING SCHEDULE FOR 12(b)(6) MOTIONS TO DISMISS**

Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL") and defendants SEAMASTER LOGISTICS, INC., TOLL GLOBAL FORWARDING (AMERICAS) INC. (formerly known as SUMMIT LOGISTICS INTERNATIONAL, INC.)("SeaMaster/Toll") and American Global Logistics LLC ("AGL) hereby stipulate as follows.  SeaMaster/Toll have filed a motion to dismiss the First Amended Complaint under Rule 12(b)(6) in this action, originally set for hearing on January 26,

---

-1-

STIPULATION AND ~~PROPOSED~~ ORDER
Case No.: C 11-02861 MEJ

1  2012, with opposition due December 30, 2011 and reply due January 6, 2012. At MOL's
2  request, this hearing has been re-noticed by SeaMaster/Toll to February 16, 2012. AGL has also
3  filed a partial motion to dismiss the First Amended Complaint under Rule 12(b)(6) in this action,
4  set for hearing on February 16, 2012, with opposition due December 30, 2011 and reply due
5  January 6, 2012. Because the motions challenge the same pleading and in some respects address
6  similar issues, and because the prior hearing schedule and current briefing schedule resulted in
7  significant calendar conflicts to counsel, the parties have agreed to reschedule the earlier-
8  scheduled motion to be heard concurrently with the later-scheduled motion, and to request that
9  the Court move dates for the opposition and reply closer to the combined hearing date, resulting
10  in a proposed combined hearing and briefing schedule as follows:

11  Hearing on both motions:    February 16, 2012
12  Opposition to both motions: January 19, 2012
13  Reply to both motions:      February 2, 2012

14  DATED: December 19, 2011                FLYNN DELICH & WISE LLP

16                                          By     /s/
                                              Erich Wise/Conte C. Cicala
17                                          Attorneys for Plaintiff
                                            MITSUI O.S.K. LINES, LTD.

18  DATED: December 19, 2011                EMARD DANOFF PORT TAMULSKI
19                                          & PAETZOLD, LLP

20                                          By: _____/s/_____
21                                              Eric Danoff /Katharine Essick
                                            Attorneys for Defendants & Counterclaimants
22                                          SEAMASTER LOGISTICS, INC. and TOLL
                                            GLOBAL FORWARDING (AMERICAS)
23                                          INC.

24  DATED: December 19, 2011                LAW OFFICES OF KIRK B. FREEMAN
25                                          and BERNAN FINK VAN HORN P.C.

27                                          By     /s/
                                              Benjamin Fink / Neal Weinrich
28                                          Attorneys for Defendant
                                            AMERICAN GLOBAL LOGISTICS LLC

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

-2-
STIPULATION AND ~~PROPOSED~~ ORDER
Case No.: C 11-02861 MEJ

**~~PROPOSED~~ ORDER**

Based on the foregoing stipulation and good cause having been found, it is hereby ordered that the motions to dismiss of all defendants herein shall be heard on February 16, 2012, with MOL's oppositions due January 19, 2012 and defendants' replies due February 2, 2012.

IT IS SO ORDERED.

Dated: December 20, 2011



_____
UNITED STATES MAGISTRATE JUDGE