1
2
3
4           IN THE UNITED STATES DISTRICT COURT
5         FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7 MITSUI O.S.K. LINES, LTD.,    )  Case No. 11-2861 SC
                                 )
8         Plaintiff,       )  ORDER DENYING AS MOOT
                                 )  MOTIONS TO DISMISS FIRST
9    v.               )  <u>AMENDED COMPLAINT</u>
                                 )
10 SEAMASTER LOGISTICS, INC.; SUMMIT )
LOGISTICS INTERNATIONAL, INC.;   )
11 AMERICAN GLOBAL LOGISTICS LLC;   )
KESCO CONTAINER LINE, INC.; KESCO )
12 SHIPPING, INC.; and DOES 1 through )
20,                         )
13                            )
14        Defendants.      )
15 _____)
16
17     Now before the Court are two motions to dismiss the First
18 Amended Complaint, ECF No. 41 ("FAC"), of Plaintiff Mitsui O.S.K.
19 Lines, Ltd. ("MOL").  The first motion to dismiss was brought by
20 Defendants Seamaster Logistics, Inc. ("Seamaster") and Summit
21 Logistics International, Inc. ("Summit Logistics").  ECF No. 62.
22 The second motion to dismiss was brought by Defendant American
23 Global Logistics LLC ("AGL").  ECF No. 64.
24     On February 10, 2012, the Court held a status conference at
25 which Seamaster, Summit Logistics, and AGL (collectively, the
26 "Movant Defendants") appeared through counsel, as did MOL.  At the
27 status conference, the Court granted MOL leave to file a Second
28 Amended Complaint before April 1, 2012.  <u>See</u> ECF No. 70.  On

**United States District Court**
For the Northern District of California

February 24, 2012, MOL did so.  ECF No. 72 ("SAC").  Therefore, the FAC is no longer the operative complaint in this case.

   None of the Movant Defendants have withdrawn their respective motions to dismiss the FAC.  Because neither motion addresses the operative version of the complaint, the Court DENIES both motions as moot.


   IT IS SO ORDERED.


   Dated: March ___13___, 2012

_____
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California