BERMAN FINK VAN HORN P.C.
BENJAMIN I. FINK (Georgia Bar No. 261090)
NEAL F. WEINRICH (Georgia Bar No. 294586)
Bfink@bfvlaw.com
nweinrich@bfvlaw.com
3423 Piedmont Road, N.E., Suite 200
Atlanta Georgia 30305
Telephone: (404) 261-7711
Fax: (404) 233-1943

LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
MATTHEW A. MALLET Bar No. 203393
kirk@KBFLaw.com
matthew@KBFLaw.com
214 Grant Avenue, Suite 301
San Francisco, California  94108
Telephone: (415) 398-1082
Fax: (415) 391-1285

Attorneys for Defendant
AMERICAN GLOBAL LOGISTICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD; <br><br> Plaintiff, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC.; SUMMIT LOGISTICS INTERNATIONAL, INC.; and AMERICAN GLOBAL LOGISTICS LLC, <br><br> Defendants. | Case No. C-11-02861 SC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN GLOBAL LOGISTICS, LLC TO FILE ITS REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE;** <br> ~~[PROPOSED]~~ **ORDER** |

- 1

Whereas,

1. On March 16, 2012, Defendant American Global Logistics, LLC ("AGL") filed its Notice of Motion and Partial Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure [DKT 78] (the "Motion");

2. On March 30, 2012, Plaintiff Mitsui O.S.K. Lines, Ltd ("MOL") filed its Opposition to Defendants' Partial Motions to Dismiss of SeaMaster Logistics, Inc.; Summit Logistics International, Inc.; and American Global Logistics, LLC (the "Response") [DKT 80];

3. AGL's Reply in Support of the Motion (the "Reply") is due on April 6, 2012;

4. AGL's counsel will be unavailable and out of the office on Friday, April 6, 2012, in observance of the Passover holiday;

5. In light of AGL's counsel's schedule, MOL's counsel has agreed that AGL may have an extension through Tuesday, April 10, 2012, to file the Reply;

6. AGL's Motion is scheduled to be heard on May 4, 2012, thus a two-day extension to allow AGL additional time in which to file the Reply will not impact the current schedule;

7. There have been no previous time modifications with respect to the Motion;

8. In light of the foregoing, the parties agree that an extension of time for AGL to file the Reply is appropriate;

The parties therefore stipulate and respectfully request that the Court order that AGL shall have through and including Tuesday, April 10, 2012, to file the Reply.

SO STIPULATED.

[SIGNATURE PAGE FOLLOWS]

| | |
|---|---|
| Dated: April 5, 2012 | FLYNN, DELICH & WISE LLP |

*s/ Conte C. Cicala*
(signed by Benjamin I. Fink with express permission from Conte C. Cicala)

Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

Dated: April 5, 2012       BERMAN FINK VAN HORN P.C.

*s/ Benjamin I. Fink*
Benjamin I. Fink
Attorneys for Defendant
AMERICAN GLOBAL LOGISTICS, LLC
Admitted *pro hac vice*

Dated: April 5, 2012       LAW OFFICES OF KIRK B. FREEMAN

*s/ Kirk B. Freeman*
Kirk B. Freeman
Attorneys for Defendant
AMERICAN GLOBAL LOGISTICS, LLC
442542.2

**IT IS SO ORDERED**
Judge Samuel Conti
(United States District Court, Northern District of California seal)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                               United States District Judge