IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEAMASTER LOGISTICS, INC., SUMMIT LOGISTICS INTERNATIONAL, INC., KESCO CONTRAINER LINE, INC.; KESCO SHIPPING, INC., and DOES 1 through 20, <br><br> Defendants. | Case Nos. 11-cv-02861-SC <br> 10-cv-05591-SC <br><br> JUDGMENT |

On March 21, 2013, the Court issued its Findings of Fact and Conclusions of Law in the above-captioned matters. Case No. 10-cv-05591-SC ECF No. 194; Case No. 11-cv-02861-SC ECF No. 261. In accordance with those findings, the Court now enters JUDGMENT as follows.

With respect to Case Number 10-cv-05591-SC, the Court enters JUDGMENT in favor of Defendants SeaMaster Logistics, Inc. and Summit Logistics International, Inc. on all claims asserted by Plaintiff Mitsui O.S.K. Lines. The Court also enters JUDGMENT in favor of Plaintiff Mitsui O.S.K. Lines on all counterclaims

asserted by Defendants SeaMaster Logistics, Inc. and Summit Logistics International, Inc.

As to Case Number 11-cv-02861-SC, the Court enters JUDGMENT in favor of Plaintiff Mitsui O.S.K. Lines and against Defendants SeaMaster Logistics, Inc., Summit Logistics International, Inc., and Kesco Container Lines, Inc. on Plaintiff Mitsui O.S.K. Lines' claims for intentional misrepresentation, negligent misrepresentation, and conspiracy - intentional misrepresentation in the amount of $9,364,466.18. Defendant SeaMaster Logistics, Inc. shall be liable for $1,080,073.07 in damages and Defendants Summit Logistics International, Inc. and Kesco Container Lines, Inc. shall be jointly and severally liable for $8,284,393.11 in damages. The Court enters JUDGMENT in favor of SeaMaster Logistics, Inc., Summit Logistics International, Inc., and Kesco Container Lines, Inc., as to Plaintiff Mitsui O.S.K. Lines' claims under the Racketeer Influenced and Corrupt Organizations Act. The Court enters JUDGMENT in favor of Defendant Kesco Shipping, Inc. as to all claims asserted by Plaintiff Mitsui O.S.K. Lines. Finally, the Court enters JUDGMENT in favor of Plaintiff Mitsui O.S.K. Lines as to all counterclaims asserted by Defendants.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: March 21, 2013

_____
UNITED STATES DISTRICT JUDGE