IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., ) | Case No. 11-cv-02861-SC |
| ) | |
| Plaintiff, ) | AMENDED JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| SEAMASTER LOGISTICS, INC., SUMMIT ) | |
| LOGISTICS INTERNATIONAL, INC., ) | |
| KESCO CONTRAINER LINE, INC.; KESCO ) | |
| SHIPPING, INC., and DOES 1 through ) | |
| 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On March 21, 2013, the Court issued its Findings of Fact and Conclusions of Law in the above-captioned matters and entered Judgment. Case No. 10-cv-05591-SC ECF No. 194; Case No. 11-cv-02861-SC ECF Nos. 261, 262 ("Judgment"). The Court subsequently granted Defendant Summit Logistics International, Inc.'s motion to alter or amend the judgment as to Case Number 11-cv-02861-SC. In accordance with that Order and the Court's Findings of Fact and Conclusion of Law, the Court now enters an AMENDED JUDGMENT in Case No. 11-cv-02861-SC as follows:

The Court enters JUDGMENT in favor of Plaintiff Mitsui O.S.K.

Lines and against Defendants SeaMaster Logistics, Inc., Summit Logistics International, Inc., and Kesco Container Lines, Inc. on Plaintiff Mitsui O.S.K. Lines' claims for intentional misrepresentation, negligent misrepresentation, and conspiracy - intentional misrepresentation in the amount of $9,088,735.41. Defendant SeaMaster Logistics, Inc. shall be liable to Plaintiff Mitsui O.S.K. Lines for $1,080,073.07. Further, Defendant Kesco Container Line, Inc. shall be liable to Plaintiff Mitsui O.S.K. Lines for $5,778,130.29, and Defendants Kesco Container Line, Inc. and Summit Logistics International, Inc. shall be jointly and severally liable to Plaintiff Mitsui O.S.K. Lines for an additional $2,230,532.05. The Court enters JUDGMENT in favor of SeaMaster Logistics, Inc., Summit Logistics International, Inc., and Kesco Container Lines, Inc., as to Plaintiff Mitsui O.S.K. Lines' claims under the Racketeer Influenced and Corrupt Organizations Act. The Court enters JUDGMENT in favor of Defendant Kesco Shipping, Inc. as to all claims asserted by Plaintiff Mitsui O.S.K. Lines. Finally, the Court enters JUDGMENT in favor of Plaintiff Mitsui O.S.K. Lines as to all counterclaims asserted by Defendants.

The Court's judgment as to Case Number 10-cv-05591-SC remains undisturbed.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: July 18, 2013

_____
UNITED STATES DISTRICT JUDGE

2